1  Stephen McArthur (State Bar No. 277712)
   stephen@smcarthurlaw.com
2  Thomas Dietrich (State Bar No. 254282)
   tom@smcarthurlaw.com
3  THE MCARTHUR LAW FIRM, P.C.
   9465 Wilshire Blvd., Ste. 300
4  Beverly Hills, CA 90212
   Telephone: (323) 639-4455
5
   *Attorneys for Plaintiff Heston Quan*
6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | HESTON QUAN, | Case No. 8:20-cv-1386 |
|----|--------------|------------------------|
| 12 | Plaintiff, | **COMPLAINT FOR:** |
| 13 | v. | **1. COPYRIGHT INFRINGEMENT** |
| 14 | NBCUNIVERSAL MEDIA, LLC, BLEACHER REPORT, INC., and BARSTOOL SPORTS, INC., | **2. VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT** |
| 15 | | |
| 16 | Defendants. | |
| 17 | | **Demand for Jury Trial** |

18

19

20

21       Plaintiff Heston Quan ("Quan"), for his Complaint against NBCUniversal

22  Media, LLC ("NBC"), Bleacher Report, Inc. ("Bleacher Report"), and Barstool

23  Sports, Inc. ("Barstool") (collectively, "Defendants"), states and alleges as follows:

24                              **Introduction**

25       1.    Quan is a professional photographer based in Orange County, California.

26  He focuses on sports photography and attends many high school and college

27  sporting events each year, taking thousands of photographs.

28       2.    Quan makes a substantial portion of his income by licensing photographs

independently and through licensing websites like MaxPreps.com.

3. Among Quan's photographs of athletes are two that are at issue in this case: (1) a photograph Bobby Wagner, now a linebacker in the NFL, boxing out Kawhi Leonard, now a forward in the NBA, taken by Quan during a high school basketball game in 2008 (the "Leonard-Wagner Photo"); and (2) a photograph of quarterback DJ Uiagalelei posing with a football while in high school, taken by Quan in 2019 (the "Uiagalelei Photo").

4. Quan has obtained U.S. copyright registrations covering the Leonard-Wagner Photo and the Uiagalelei Photo. He had made these photographs available for licensing through MaxPreps.com, where the photographs were displayed with embedded watermarks and accompanying captions identifying Quan as the photographer.

5. Defendant NBCUniversal Media, LLC ("NBC") owns and operates a global television and movie conglomerate. NBC's empire includes Sunday Night Football and the NBC Los Angeles television station, which hosts a game show following Sunday Night Football called "The Challenge" ("The Challenge Show").

6. Without permission or authorization from Quan, NBC copied, modified, and displayed the copyrighted Uiagalelei Photo on The Challenge Show and the copyrighted Leonard-Wagner Photo on NBC's Sunday Night Football broadcast and Sunday Night Football Twitter feed. These unauthorized displays reached millions of television and online viewers.

7. NBC obtained "clean" versions of Quan's photographs—without the watermarks and other accompanying copyright management information—by purchasing licenses through MaxPreps.com under the terms of the "MaxPreps Non-Commercial Image License Agreement," which is unambiguously for personal, non-commercial use only. On information and belief, NBC bought these licenses knowing it intended to use the photographs in commercial television broadcasts in violation of the licenses. After obtaining "clean" versions of the

photographs, NBC intentionally broadcast them to millions of viewers with knowledge that Quan had not authorized removal of the photographs' copyright management information for such commercial use.

8. After NBC's unauthorized display of the Leonard-Wagner Photo during Sunday Night Football, Defendants Bleacher Report and Barstool copied the image from NBC's broadcast and posted it on their social media sites, including Twitter and Facebook. Bleacher Report and Barstool intentionally distributed and displayed unauthorized copies of Quan's photograph to their millions of online followers. As a direct result of Defendants' copying, Quan's copyrighted work has now been widely copied and distributed, all without Quan's permission and without an appropriate license fee.

9. Defendants have engaged in this misconduct in violation of U.S. copyright laws, and their actions have substantially harmed Quan.

## Nature of the Action

10. This is an action at law and in equity for copyright infringement under the Copyright Act of 1976 (the "Copyright Act"), 17 U.S.C. §§ 101 *et seq*. and for knowingly distributing copyrighted content from which the copyright management information has been removed without authority of the copyright owner under the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 1202(b)(3).

11. This action arises by reason of Defendants' willful and unauthorized public display, modification, reproduction, and distribution of copies of Quan's photographs. Quan seeks an injunction prohibiting further copying of his works, recovery of total profits and costs, and additional relief as set forth below.

## The Parties

12. Plaintiff Heston Quan is an individual residing in Huntington Beach, California. Quan is the owner of United States copyright registrations in the photographs copied by Defendants.

13. Quan is the owner of all exclusive rights under copyright in his

photographs in the United States.

14. Defendant NBCUniversal Media, LLC is a limited liability company duly organized and existing under the laws of Delaware, with its principal place of business in New York, NY. NBC also has offices in this District, including but not limited to Universal City, CA.

15. NBC is the owner and operator of NBC's Sunday Night Football program, along with The Challenge Show, which appears after Sunday Night Football on NBC's Los Angeles station.

16. Defendant Bleacher Report, Inc. is a corporation duly organized and existing under the laws of Delaware, with its principal place of business in Atlanta, Georgia. On information and belief, Bleacher Report is a subsidiary of WarnerMedia, LLC, which has offices in this District, including but not limited to Los Angeles and Culver City, CA.

17. Bleacher Report is the owner and operator of a website and social media pages titled "Bleacher Report" and "B/R Gridiron," which focus on sports and sports culture.

18. Defendant Barstool Sports, Inc. is a corporation duly organized and existing under the laws of Delaware, with its principal place of business in New York, NY. On information and belief, Barstool has offices in this District, including but not limited to Los Angeles, CA.

19. Barstool Sports is the owner and operator of a website and social media pages titled "Barstool Sports," which focus on sports and pop culture.

### Jurisdiction and Venue

20. This is a civil action alleging copyright infringement under the Copyright Act, 17 U.S.C. § 501. This Court has exclusive subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331 and 1338.

21. This Court has personal jurisdiction over Defendants. NBC and Bleacher Report have substantial business operations in California and are subject to

COMPLAINT
Case No.

personal jurisdiction in this state. Further, each Defendant engaged in infringing conduct within California and purposefully directed its activities through websites and social media pages at California, where a substantial number of Defendants' viewers and followers are located and where each Defendant sells subscriptions and merchandise. In addition, NBC, Barstool, and Bleacher Report produce and host recorded and live shows and events in this District.

22. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) because a substantial part of the events giving rise to the claims occurred in this District, and Defendants are subject to personal jurisdiction in this District.

## Facts Underlying the Causes of Action

### *Quan Shoots Distinctive Athlete Photographs*

23. Quan has been a professional photographer for many years. His work has been used in advertising, news broadcasts, magazines, and other publications. Quan has focused for over two decades on capturing interesting and memorable moments in high school and college athletics. This case involves Quan's Leonard-Wagner Photo and Uiagalelei Photo, both shown below.


**Leonard-Wagner Photo**


**Uiagalelei Photo**

COMPLAINT
Case No.

24. Quan took the Leonard-Wagner Photo at a basketball tournament in Southern California, where Martin Luther King High School played Colony High School. Quan took hundreds of photographs of the King versus Colony game. In January 2008, Quan selected and uploaded certain photos of that game to MaxPreps.com, where interested parties could purchase licenses to use the photos. One image Quan uploaded to MaxPreps.com was the Leonard-Wagner Photo. The players in the Leonard-Wagner Photo went on to become stars in their respective sports, Bobby Wagner in football and Kawhi Leonard in basketball.

25. In 2019, Quan participated in a photo shoot of football players for St. John Bosco High School in Bellflower, California. He photographed players in poses wearing their uniforms and holding a football in the team locker room. Some of the posed photographs taken by Quan were of the quarterback, DJ Uiagalelei. In July 2019, Quan selected certain photos from this shoot and uploaded them to MaxPreps.com to be available for licensing. One image Quan uploaded was the Uiagalelei Photo. After a stellar high school football career, DJ Uiagalelei committed to play at Clemson University in 2020.

26. Quan made both of his photographs available for licensing through MaxPreps.com. When a purchaser obtains a license through MaxPreps.com's online purchase process, the shopping cart containing the image to be purchased states "Purchased images are for **Personal Use Only**" with a hyperlink to the terms of the license. The license is titled "MaxPreps Non-Commercial Image License Agreement," and it contains, among other things, the following language:

> Digital image may only be used in materials for personal, non-commercial, non-editorial use. Licensee may create digital copies and prints to allow digital image to be viewed by family members of Licensee only. Licensee may not utilize digital image in any manner that is not expressly permitted in this license agreement.

> Digital image may not be used in any commercial or editorial materials distributed to the public, including but not limited to, newspapers, magazines, school yearbooks, school newspapers, advertising and marketing materials or any commercial online, broadcast or other electronic distribution system.

27. The MaxPreps.com license also states: "If you are interested in a commercial license, please request quote for that type of usage by e-mailing todd.shurtleff@cbsinteractive.com." The license then states in bold red text: "**School yearbooks, school newspapers, school/alumni magazines along with any other online or print publication must REQUEST a commercial license**." A commercial license is thus not available automatically through MaxPreps.com, but must be obtained via a request and negotiation of terms and payment.

### *Quan's Copyright Registrations*

28. Quan was awarded U.S. Copyright Registration No. VA0002210558 for the Uiagalelei Photo.

29. Quan was awarded U.S. Copyright Registration No. VA0002210557 for the Leonard-Wagner Photo

30. Quan is the sole and exclusive owner of all right, title, and interest in and to these registered copyrights. Quan's photographs are original works of authorship, embodying copyrightable subject matter, and are subject to the full protection of the U.S. copyright laws.

### *NBC's Intentional Copying of the Uiagalelei Photo*

31. During the October 13, 2019 episode of The Challenge Show on NBC Los Angeles, following a Sunday Night Football game, NBC televised a copy of Quan's Uiagalelei Photo. NBC did not have authorization from Quan to display or copy the Uiagalelei Photo on its television broadcast.

32. On information and belief, NBC accessed the Uiagalelei Photo via the MaxPreps.com site several weeks before the display on The Challenge Show. Quan's photograph is displayed on MaxPreps.com with a watermark across the entire photograph which states "© 2019 Heston Quan" and bears a large MaxPreps.com logo. Directly below the photograph is a caption stating it was taken by Quan and the date of upload.

33. Upon accessing Quan's photograph, NBC paid $15.51 to purchase a

license under the terms of the "MaxPreps Non-Commercial Image License Agreement" referred to above, which clearly stated it was for personal, non-commercial use only and barred any commercial use, distribution, or broadcast.

34. NBC never contacted MaxPreps.com or Quan to obtain a commercial license to display the Uiagalelei Photo. Rather, on information and belief, NBC purchased the limited non-commercial license specifically to obtain a version of the Uiagalelei Photo that had the watermark and related copyright management information removed, so that NBC could display the photograph on national television.

35. Despite NBC knowing the license it had purchased was for personal, non-commercial use only, NBC broadcast a copy of that photograph without authorization to a nationwide audience in violation of Quan's rights.

### *NBC's Intentional Copying of Leonard-Wagner Photo and Subsequent Copying by Bleacher Report and Barstool*

36. NBC repeated its intentional infringement of Quan's rights several months later. During the Seattle Seahawks versus L.A. Rams game on Sunday Night Football on December 8, 2019, NBC displayed an unauthorized copy of Quan's Leonard-Wagner Photo to a national audience of approximately 13.7 million viewers.

37. On information and belief, NBC accessed the Leonard-Wagner Photo via MaxPreps.com two days before the Sunday Night Football game. Quan's Leonard-Wagner Photo is displayed on MaxPreps.com with a watermark across the entire photograph which states "MaxPreps Copyright 2008" and bears a large MaxPreps.com logo. Directly below the photograph is a caption stating it was taken by Quan and the date of upload.

38. Upon accessing the photograph, NBC paid $15.51 to purchase a license under the terms of the "MaxPreps Non-Commercial Image License Agreement" that contained the same language quoted above, unambiguously stating it was for

personal, non-commercial use only and barring any commercial use, distribution, or broadcast.

39. NBC never contacted MaxPreps.com or Quan to obtain a commercial license to display the Leonard-Wagner Photo. Rather, in information and belief, NBC purchased the limited non-commercial license specifically to obtain a version of the Leonard-Wagner Photo that had the watermark and related copyright management information removed, so that NBC could display the photograph on national television. A screenshot of that display is below.



40. As shown, NBC modified the Leonard-Wagner Photo by adding name captions and the NBC logo and displayed the photograph without any watermark or other accompanying copyright management information regarding Quan's authorship.

41. NBC used this photo merely to add some trivia to the Sunday Night Football broadcast, not because of any newsworthy purpose.

42. After displaying the Leonard-Wagner Photo on the Sunday Night Football broadcast, NBC also posted the modified image on its @SNFonNBC

Twitter feed, which has over 820,000 followers. Like NBC's other uses, this display was made without a proper license or authorization from Quan and without the copyright management information that had accompanied the photograph on MaxPreps.com. A screenshot of NBC's Twitter post is below.



43. After NBC displayed the unauthorized copy of the Leonard-Wagner Photo during the Sunday Night Football game, Defendants Barstool and Bleacher Report created their own copies of the Leonard-Wagner Photo.

44. Bleacher Report posted unauthorized copies of the Leonard-Wagner Photo on several of its sites, including the B/R Gridiron Twitter page and the Bleacher Report Facebook page. The Bleacher Report Facebook page has over nine million followers and B/R Gridiron's Twitter feed has over 402,000 followers. True and correct screenshots of Bleacher Report's unauthorized copies of Quan's photograph are attached as **Exhibit 1** hereto.

45. Barstool posted an unauthorized copy of the Leonard-Wagner Photo on its Twitter page, which has over 2.4 million followers. A true and correct screenshot of Barstool's unauthorized copy of Quan's photograph is attached as **Exhibit 2** hereto.

46. The posts by Bleacher Report and Barstool contained unauthorized copies of the Leonard-Wagner Photo that, on information and belief, were created by those Defendants. Bleacher Report and Barstool displayed infringing copies stored directly on their public pages; the posted photographs were not embedded from NBC or another third-party location.

47. As a result of NBC's infringement, nearly 14 million television viewers viewed unauthorized copies of Quan's copyrighted Leonard-Wagner Photo. Bleacher Report and Barstool then displayed infringing copies of Quan's photograph to 13 million or more of their online followers. This copying has cost Quan an enormous amount of lost licensing fees, and Quan has not received any compensation for Defendants' commercial use, copying, modification, and display of the Leonard-Wagner Photo.

## Count 1

### Infringement of Registered Copyright in the Uiagalelei Photo

**(Against NBC)**

48. Quan incorporates each paragraph above into this claim.

49. This claim is against NBC for infringement of Quan's registered copyright in the Uiagalelei Photo in violation of the Copyright Act, 17 U.S.C. § 101 *et seq*.

50. Quan is the owner of a valid and registered copyright in the Uiagalelei Photo, Copyright Reg. No. VA0002210558.

51. Quan's copyrighted Uiagalelei Photo contain a substantial amount of original material which constitutes copyrightable subject matter protected under the Copyright Act.

52. NBC had access to the Uiagalelei Photo through the website MaxPreps.com.

53. While NBC may have purchased a personal, non-commercial license to use the Uiagalelei Photo, NBC's unauthorized copying and display of that photograph during The Challenge Show was far outside the scope of the license grant and constitutes infringement of Quan's registered copyright.

54. Quan did not authorize NBC to reproduce his copyrighted work or to display a reproduction of that work in the manner in which NBC reproduced and displayed the Uiagalelei Photo.

55. NBC infringed Quan's registered copyright by reproducing, distributing, and publicly displaying copies of the Uiagalelei Photo without authorization, in violation of Quan's exclusive rights under the Copyright Act, 17 U.S.C. § 106.

56. NBC's distribution and public display of the Uiagalelei Photo in The Challenge Show constitutes copyright infringement in violation of the Copyright Act, 17 U.S.C. § 501.

57. NBC knew it did not have a proper commercial license to display the Uiagalelei Photo in its broadcast and did so anyway, acting willfully, in disregard of, and with indifference to Quan's rights.

58. On information and belief, millions of people viewed the unlawful copy of the Uiagalelei Photo on NBC's broadcast.

59. NBC's copyright infringement has damaged Quan in an amount to be proven at trial.

60. Quan is entitled to full costs pursuant to 17 U.S.C. § 505.

61. Quan is further entitled to a temporary and permanent injunction under 17 U.S.C. § 502 preventing NBC from further violations.

/ / /

/ / /

/ / /

COMPLAINT
Case No.

# Count 2

# Infringement of Registered Copyright in the Leonard-Wagner Photo

# (Against NBC)

62. Quan incorporates each paragraph above into this claim.

63. This claim is against NBC for infringement of Quan's registered copyright in the Leonard-Wagner Photo in violation of the Copyright Act, 17 U.S.C. § 101 *et seq*.

64. Quan is the owner of a valid and registered copyright in the Leonard-Wagner Photo, Copyright Reg. No. VA0002210557.

65. Quan's copyrighted Leonard-Wagner Photo contain a substantial amount of original material which constitutes copyrightable subject matter protected under the Copyright Act.

66. NBC had access to the Leonard-Wagner Photo through the website MaxPreps.com.

67. While NBC may have purchased a personal, non-commercial license to use the Leonard-Wagner Photo, NBC's unauthorized copying and display of that photograph during its Sunday Night Football program was far outside the scope of the license grant and constitutes infringement of Quan's registered copyright.

68. Quan did not authorize NBC to reproduce his copyrighted work or to display a reproduction of that work in the manner in which NBC reproduced and displayed the Leonard-Wagner Photo.

69. NBC infringed Quan's registered copyright by reproducing, distributing, and publicly displaying copies of the Leonard-Wagner Photo without authorization, in violation of Quan's exclusive rights under the Copyright Act, 17 U.S.C. § 106.

70. NBC's distribution and public display of the Leonard-Wagner Photo in the Sunday Night Football program constitutes copyright infringement in violation of the Copyright Act, 17 U.S.C. § 501.

71. NBC knew it did not have a proper commercial license to display the Leonard-Wagner Photo in its broadcast and did so anyway, acting willfully, in disregard of, and with indifference to Quan's rights.

72. On information and belief, millions of people viewed the unlawful copy of the Leonard-Wagner Photo on NBC's broadcast.

73. Further, after NBC displayed the unauthorized copy of the Leonard-Wagner Photo during the Sunday Night Football game, on information and belief, the photograph was copied and redistributed by other sports sites with millions of followers, including Barstool and Bleacher Report. Thus, NBC's infringement directly caused the display and distribution of millions more copies of the Leonard-Wagner Photo without Quan's permission.

74. NBC's copyright infringement has damaged Quan in an amount to be proven at trial.

75. Quan is entitled to full costs pursuant to 17 U.S.C. § 505.

76. Quan is further entitled to a temporary and permanent injunction under 17 U.S.C. § 502 preventing NBC from further violations.

## Count 3

### Infringement of Registered Copyright in the Leonard-Wagner Photo

### (Against Bleacher Report and Barstool)

77. Quan incorporates each paragraph above into this claim.

78. This claim is against Bleacher Report and Barstool for infringement of Quan's registered copyright in the Leonard-Wagner Photo in violation of the Copyright Act, 17 U.S.C. § 101 *et seq*.

79. Quan is the owner of a valid and registered copyright in the Leonard-Wagner Photo, Copyright Reg. No. VA0002210557, which contains a substantial amount of original material which constitutes copyrightable subject matter protected under the Copyright Act.

80. Bleacher Report and Barstool had access to the Leonard-Wagner Photo,

through the website MaxPreps.com and NBC's display of that photograph.

81. Bleacher Report and Barstool infringed Quan's registered copyright by reproducing, distributing, and publicly displaying copies of the Leonard-Wagner Photo without authorization, in violation of Quan's exclusive rights under the Copyright Act, 17 U.S.C. § 106.

82. Bleacher Report's and Barstool's distribution and public display of the Leonard-Wagner Photo on their websites and social media pages constitutes copyright infringement in violation of the Copyright Act, 17 U.S.C. § 501.

83. On information and belief, millions of people viewed unlawful copies of the Leonard-Wagner Photo on the Bleacher Report and Barstool websites and social media pages.

84. Bleacher Report's and Barstool's copyright infringement has damaged Quan in an amount to be proven at trial.

85. Quan is entitled to full costs pursuant to 17 U.S.C. § 505.

86. Quan is further entitled to a temporary and permanent injunction under 17 U.S.C. § 502 preventing Bleacher Report and Barstool from further violations.

## Count 4
### Integrity of Copyright Management Information
**(Against NBC)**

87. Quan incorporates each paragraph above into this claim

88. The Uiagalelei Photo and Leonard-Wagner Photo each contained a watermark that constitutes copyright management information under 17 U.S.C. § 1202(c).

89. Further, each photograph was accompanied by a caption listing Quan as the photographer and stating the date of upload. This caption also constitutes copyright management information under 17 U.S.C. § 1202(c).

90. On information and belief, NBC knowingly purchased licenses from MaxPreps.com for the Uiagalelei Photo and the Leonard-Wagner Photo, which (a)

were unambiguously for personal, non-commercial use, (b) explicitly prohibited commercial use, display, and broadcast, and (c) were purchased for a price much lower than is common for a commercial license of the type NBC would have required to nationally broadcast a work. NBC did so intentionally to obtain versions of Quan's photographs from which the watermarks and other copyright management information had been removed. NBC then commercially broadcast and distributed those photographs with knowledge that—in relation to the commercial use made by NBC—the copyright management information had been removed without authority of Quan or the law.

91. NBC's conduct violates 17 U.S.C. § 1202(b)(3).

92. NBC distributed Quan's copyrighted works with knowledge that Quan had not authorized removal of the copyright management information for NBC's commercial display and broadcast.

93. On information and belief, NBC's intentional purchase of limited personal, non-commercial licenses to Quan's works through MaxPreps.com was done to secure removal of copyright management information in order to induce, enable, facilitate, or conceal NBC's infringement of Quan's copyrights.

94. NBC knew or should have known that its commercial distribution of Quan's works to millions of viewers with improperly removed copyright management information would induce, enable, facilitate, or conceal NBC's infringement of Quan's copyrights and would be likely to result in additional infringements, such as those by Bleacher Report and Barstool.

95. As a result of NBC's wrongful conduct, Quan is entitled to recover the damages Quan sustained and will sustain, and any gains, profits, and advantages obtained by NBC because of its violations of 17 U.S.C. § 1202.

96. Alternatively, Quan may elect to recover from NBC statutory damages pursuant to 17 U.S.C. § 1203(c)(3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202.

97. In addition, Quan is entitled to an award of his costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 1203(b).

**Prayer for Relief**

WHEREFORE, Quan prays that this Court enter judgment in his favor on each and every claim for relief set forth above and award Quan relief including but not limited to an Order:

a) Awarding Quan monetary relief, including damages sustained by Quan in an amount not yet determined, consisting of actual damages and Defendants' profits attributable to copyright infringement under 17 U.S.C. § 504.

b) Granting a temporary and permanent injunction preventing Defendants and anyone working in concert with them from copying, displaying, distributing, selling, or offering to sell the infringing photographs pursuant to 17 U.S.C. § 502.

c) Awarding Quan his costs in this action pursuant to 17 U.S.C. § 505 and other applicable laws.

d) Awarding Quan actual damages and NBC's profits, or statutory damages, as appropriate, under 17 U.S.C. § 1203.

e) Awarding Quan all of his costs and reasonable attorneys' fees in this action as authorized by 17 U.S.C. § 1203.

f) Awarding such other and further relief as this Court may deem just and appropriate under the circumstances.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38 and Central District of California L.R. 38-1, Quan demands a trial by jury on all issues so triable.

DATED: July 29, 2020

THE MCARTHUR LAW FIRM, PC

By: /s/ *Stephen C. McArthur*
    STEPHEN C. MCARTHUR

Stephen McArthur
stephen@smcarthurlaw.com
Thomas Dietrich
tom@smcarthurlaw.com
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff Heston Quan*