# **Exhibit 2**

