1  Stephen McArthur (State Bar No. 277712)
   stephen@smcarthurlaw.com
2  Thomas Dietrich (State Bar No. 254282)
   tom@smcarthurlaw.com
3  THE MCARTHUR LAW FIRM, P.C.
   9465 Wilshire Blvd., Ste. 300
4  Beverly Hills, CA 90212
   Telephone: (323) 639-4455
5
   *Attorneys for Plaintiff Heston Quan*
6

7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11  HESTON QUAN,                          Case No. 8:20-cv-1386
12            Plaintiff,                  **PROOF OF SERVICE**
13       v.
14  NBCUNIVERSAL MEDIA, LLC,
    BLEACHER REPORT, INC., and
15  BARSTOOL SPORTS, INC.,
16            Defendants.

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 8:20-CV-01386-JVS-JDE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* BARSTOOL SPORTS, INC.
was received by me on *(date)* 08/03/2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* AMY MCLAREN (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* BARSTOOL SPORTS, INC.
C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801 on *(date)* 08/03/2020 AT 2:45 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 08/03/2020

*Server's signature*

DENORRIS BRITT        PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD, PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; COMPLAINT; INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA

SWORN TO ME ON 08/03/2020

KEVIN DUN...
NOTARY PUB...
STATE OF DELAW...
My Commission Expires Septe...